** PUBLIC NOTICES — LEGAL NOTICES — ADJOINING COUNTY ** ALTHOUGH THE CUMULATIVE EFFECT OF 25 O.S. 102 [25-102], 25 O.S. 106 [25-106] AND RELEVANT CASE LAW IS TO REQUIRE PRINTING WITHIN THE COUNTY BEFORE A NEWSPAPER QUALIFIES UNDER THE STATUTES TO PUBLISH LEGAL NOTICES, 12 O.S. 75 [12-75] IS SUFFICIENT TO ALLOW A NEWSPAPER TO QUALIFY WHICH HAS ONE SECTION PRINTED IN THE COUNTY AND ONE SECTION PRINTED IN ANOTHER COUNTY. (JURISDICTION, DELIVERED, PUBLICATION, "PUBLISHED", "PRINTING") CITE: 25 O.S. 106 [25-106](D), 25 O.S. 102 [25-102], 25 O.S. 106 [25-106](C) (PENN LERBLANCE)